**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Donald P Hoffmann<br>Jane M Hoffmann<br>        Debtor(s) | BANKRUPTCY NO.  12-24659-TPA<br>CHAPTER 13 |
| Federal National Mortgage Association<br>        Movant<br>  vs.<br>Donald P Hoffmann<br>Jane M Hoffmann<br>    Debtor(s)<br>  and<br>Ronda J. Winnecour, Esquire<br>    Trustee<br>        Respondents | DOCKET NO._____ |

**NOTICE OF HEARING WITH RESPONSE DEADLINE**
**ON MOTION OF FEDERAL NATIONAL MORTGAGE ASSOCIATION**
**FOR RELIEF FROM AUTOMATIC STAY**

TO THE RESPONDENTS (S):

      You are hereby notified that the above Movant seeks an order affecting your rights or property.

      You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than 08/22/2016, seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

      You should take this to your lawyer at once.

      A hearing will be held on September 24, 2016, at 10:00am before Judge Thomas P. Agresti, in Court Room C, 5414 USX Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at  a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: August 4, 2016

                                                            /s/  David Neeren
                                          David Neeren, Esquire (PA Atty. I.D. # 204252)
                                          UDREN LAW OFFICES, P.C.
                                          Woodcrest Corporate Center
                                          111 Woodcrest Road, Suite 200
                                          Cherry Hill, NJ  08003-3620
                                          (856) 669-5400
                                          dneeren@udren.com