FILED
9/7/16 4:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Donald P Hoffmann<br>Jane M Hoffmann<br>　　　　Debtor(s) | BANKRUPTCY NO. 12-24659-TPA<br>CHAPTER 13 |

Federal National Mortgage Association
　　　　Movant         Docket No. _____132_____

vs.

Donald P Hoffmann
Jane M Hoffmann
　　　Debtor(s)
　and
Ronda J. Winnecour, Esquire
　　　Trustee
　　　　Respondents

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this __7th__ day of _____September_____, 20_16_____, upon consideration of the Motion of Federal National Mortgage Association for Relief from Automatic Stay, it is ORDERED THAT the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 is modified with respect to real property located at 129 Morton Avenue, Butler, PA 16001, and Movant is granted relief from the automatic stay, so as to allow the Movant to foreclose on its mortgage and allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal action for enforcement of its right to possession of said premises.

　　　The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

_____vas
Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-24659-TPA
Donald P Hoffmann                                                       Chapter 13
Jane M Hoffmann
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr          Page 1 of 1          Date Rcvd: Sep 08, 2016
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2016.
db/jdb        +Donald P Hoffmann,   Jane M Hoffmann,   1123 Seneca Dr,   Harmony, PA 16037-7605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2016 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage
               Loan Trust 2007-1 ecfmail@mwc-law.com
              Dai Rosenblum    on behalf of Joint Debtor Jane M Hoffmann dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              Dai Rosenblum    on behalf of Debtor Donald P Hoffmann dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              David Neeren    on behalf of Creditor    Federal National Mortgage Association dneeren@udren.com,
               vbarber@udren.com
              David W. Raphael    on behalf of Creditor    JPMorgan Chase Bank, National Association
               draphael@grenenbirsic.com,  mcupec@grenenbirsic.com
              James A. Prostko    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT
               SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRUST 2004-7, HOME EQUITY
               PASS-THROUGH CERTIFICATES, SERIES 2004-7 pawb@fedphe.com,   james.prostko@phelanhallinan.com
              Joseph A. Dessoye    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Joseph P. Schalk    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pawb@fedphe.com,  joseph.schalk@phelanhallinan.com
              Joseph P. Schalk    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Kevin P. Diskin    on behalf of Creditor    US Bank National Association, as Trustee by its
               attorney in fact Ocwen Loan Servicing, LLC kpdiskin@duanemorris.com,  mbilotta@duanemorris.com
              Leslie J. Rase, Esq.    on behalf of Creditor    US Bank National Association, as Trustee by its
               attorney in fact Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Cressman    on behalf of Creditor    Lsf8 Master Participation Trust pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com,
               vbarber@udren.com
              Stuart P. Winneg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC swinneg@udren.com,
               cblack@udren.com
              Stuart P. Winneg    on behalf of Creditor    OneWest Bank, FSB swinneg@udren.com,  cblack@udren.com
                                                                                              TOTAL: 22