# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| DONALD P. HOFFMANN | BK. No. 12-24659 TPA |
| A/K/A DONALD HOFFMANN : | |
| JANE M. HOFFMANN : | Chapter No. 13 |
|        Debtors : | |
| : | Document No. 139 |
| THE BANK OF NEW YORK MELLON, AS : | |
| TRUSTEE FOR CIT MORTGAGE LOAN : | Hearing Date: April 26, 2017 |
| TRUST 2007-1 : | |
|        Movant : | Hearing Time: 10:00 AM |
|        v. : | |
| DONALD P. HOFFMANN : | Objection Date: March 31, 2017 |
| A/K/A DONALD HOFFMANN : | |
| JANE M. HOFFMANN : | |
| DONALD F. HOFFMANN (Non-Filing Co- : | |
| Debtor) : | |
|        and : | |
| RONDA J. WINNECOUR, ESQUIRE : | |
| (TRUSTEE) | |
|        Respondents | |

**CERTIFICATE OF NO OBJECTION REGARDING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY RELATED TO DOCUMENT NO. 139**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on March 10, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Automatic Stay were to be filed and served no later than March 31, 2017.

It is hereby respectfully requested that the Order attached to the Motion for Relief from the Automatic Stay be entered by the Court.

Dated: April 18, 2017

/s/ James A. Prostko, Esquire
James A. Prostko, Esq., Id. No.27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31501
Fax Number: 215-568-7616
Email: james.prostko@phelanhallinan.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| DONALD P. HOFFMANN | BK. No. 12-24659 TPA |
| A/K/A DONALD HOFFMANN | |
| JANE M. HOFFMANN | Chapter No. 13 |
| **Debtors** | |
| | Document No. 139 |
| THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 | Hearing Date: April 26, 2017 |
| **Movant** | Hearing Time: 10:00 AM |
| v. | |
| DONALD P. HOFFMANN | Objection Date: March 31, 2017 |
| A/K/A DONALD HOFFMANN | |
| JANE M. HOFFMANN | |
| DONALD F. HOFFMANN (Non-Filing Co-Debtor) | |
| and | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | |
| **Respondents** | |

### CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION

I certify under penalty of perjury that I served or caused to be served the above captioned pleading, Certification of No Objection, on the parties at the addresses shown below on April 18, 2017.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail</u>.

Service by Electronic Notification
RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER, 600 GRANT STREET
PITTSBURGH, PA 15219

DIA ROSENBLUM, ESQUIRE
254 NEW CASTLER ROAD, SUITE B
BUTLER, PA 16001-2529

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

Service by First Class Mail
JANE M. HOFFMANN
215 ROCKAWAY AVENUE
BUTLER, PA 16001

DONALD HOFFMANN
215 ROCKAWAY AVENUE
BUTLER, PA 16001

DONALD F. HOFFMANN
215 ROCKAWAY AVENUE
BUTLER, PA 16001

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading: "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Method of Service:  electronic means or first class mail

/s/ James A. Prostko, Esquire
James A. Prostko, Esq., Id. No.27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31501
Fax Number: 215-568-7616
Email: james.prostko@phelanhallinan.com