FILED
4/19/17 11:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| **DONALD P. HOFFMANN** | | BK. No. 12-24659 TPA |
| **A/K/A DONALD HOFFMANN** | : | |
| **JANE M. HOFFMANN** | : | Chapter No. 13 |
| **Debtors** | : | |
| | : | Document No.  139 |
| **THE BANK OF NEW YORK MELLON, AS** | : | |
| **TRUSTEE FOR CIT MORTGAGE LOAN** | : | Hearing Date: April 26, 2017 |
| **TRUST 2007-1** | : | |
| **Movant** | : | Hearing Time: 10:00 AM |
| **v.** | : | |
| **DONALD P. HOFFMANN** | : | Objection Date: March 31, 2017 |
| **A/K/A DONALD HOFFMANN** | : | |
| **JANE M. HOFFMANN** | : | |
| **DONALD F. HOFFMANN (Non-Filing Co-** | : | |
| **Debtor)** | : | |
| **and** | : | |
| **RONDA J. WINNECOUR, ESQUIRE** | : | |
| **(TRUSTEE)** | | |
| **Respondents** | | |

## <u>ORDER MODIFYING §362 and §1301 AUTOMATIC STAY</u>

**AND NOW**, this 19th day of      April      , 2017, upon Motion of **THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED:** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 215 ROCKAWAY AVENUE, BUTLER, PA 16001(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any Co-Debtor stay under U.S.C. §1301(c) is hereby granted.

_____   vas

THOMAS P. AGRESTI
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-24659-TPA
Donald P Hoffmann                                                   Chapter 13
Jane M Hoffmann
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr          Page 1 of 2               Date Rcvd: Apr 19, 2017
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2017.
db/jdb        +Donald P Hoffmann,   Jane M Hoffmann,   1123 Seneca Dr,   Harmony, PA 16037-7605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                              Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia   on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              Alexandra Teresa Garcia   on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 ecfmail@mwc-law.com
              Andrew F Gornall   on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz   on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              Ann E. Swartz   on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage
               Loan Trust 2007-1 ecfmail@mwc-law.com
              Dai Rosenblum   on behalf of Joint Debtor Jane M Hoffmann dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              Dai Rosenblum   on behalf of Debtor Donald P Hoffmann dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              David Neeren   on behalf of Creditor    Federal National Mortgage Association dneeren@udren.com,
               vbarber@udren.com
              David W. Raphael   on behalf of Creditor    JPMorgan Chase Bank, National Association
               draphael@grenenbirsic.com, mcupec@grenenbirsic.com
              James A. Prostko   on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 pawb@fedphe.com, james.prostko@phelanhallinan.com
              James A. Prostko   on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT
               SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRUST 2004-7, HOME EQUITY
               PASS-THROUGH CERTIFICATES, SERIES 2004-7 pawb@fedphe.com, james.prostko@phelanhallinan.com
              Joseph A. Dessoye   on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              Joseph A. Dessoye   on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 pawb@fedphe.com
              Joseph P. Schalk   on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Joseph P. Schalk   on behalf of Creditor    JPMorgan Chase Bank, National Association
               pawb@fedphe.com, joseph.schalk@phelanhallinan.com
              Joseph P. Schalk   on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Kevin P. Diskin   on behalf of Creditor    US Bank National Association, as Trustee by its
               attorney in fact Ocwen Loan Servicing, LLC kpdiskin@duanemorris.com, mbilotta@duanemorris.com
              Leslie J. Rase, Esq.   on behalf of Creditor    US Bank National Association, as Trustee by its
               attorney in fact Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Cressman   on behalf of Creditor    Lsf8 Master Participation Trust pawb@fedphe.com
              Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
              Sherri J. Braunstein   on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com,
               vbarber@udren.com

District/off: 0315-2          User: gamr             Page 2 of 2              Date Rcvd: Apr 19, 2017
                              Form ID: pdf900        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Stuart P. Winneg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC swinneg@udren.com,
                cblack@udren.com
             Stuart P. Winneg    on behalf of Creditor    OneWest Bank, FSB swinneg@udren.com,  cblack@udren.com
                                                                                    TOTAL: 24