**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 12-24659-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

Donald P Hoffmann
1123 Seneca Dr
Harmony PA 16037

Jane M Hoffmann
1123 Seneca Dr
Harmony PA 16037

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/11/2017.

Name and Address of Alleged Transferor(s):

Claim No. 14: U.S. Bank National Association, et al, JPMorgan Chase Bank, N.A., 3415 Vision Drive, OH4-7133, Columbus, OH 43219

Name and Address of Transferee:

U.S. Bank, National Association, as Tru
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84115

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/14/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-24659-TPA
Donald P Hoffmann                                                         Chapter 13
Jane M Hoffmann
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr          Page 1 of 2              Date Rcvd: May 12, 2017
                             Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
13553546          +U.S. Bank National Association, et al,    JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
                   OH4-7133,    Columbus, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage
               Loan Trust 2007-1 ecfmail@mwc-law.com
              Dai Rosenblum    on behalf of Joint Debtor Jane M Hoffmann dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              Dai Rosenblum    on behalf of Debtor Donald P Hoffmann dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              David Neeren    on behalf of Creditor    Federal National Mortgage Association dneeren@udren.com,
               vbarber@udren.com
              David W. Raphael    on behalf of Creditor    JPMorgan Chase Bank, National Association
               draphael@grenenbirsic.com, mcupec@grenenbirsic.com
              James A. Prostko    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 pawb@fedphe.com,    james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT
               SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRUST 2004-7, HOME EQUITY
               PASS-THROUGH CERTIFICATES, SERIES 2004-7 pawb@fedphe.com,    james.prostko@phelanhallinan.com
              Joseph A. Dessoye    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Joseph P. Schalk    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pawb@fedphe.com,    joseph.schalk@phelanhallinan.com
              Joseph P. Schalk    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Kevin P. Diskin    on behalf of Creditor    US Bank National Association, as Trustee by its
               attorney in fact Ocwen Loan Servicing, LLC kpdiskin@duanemorris.com,  mbilotta@duanemorris.com
              Leslie J. Rase, Esq.    on behalf of Creditor    US Bank National Association, as Trustee by its
               attorney in fact Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Cressman    on behalf of Creditor    Lsf8 Master Participation Trust pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com,
               vbarber@udren.com

```
District/off: 0315-2          User: gamr              Page 2 of 2              Date Rcvd: May 12, 2017
                             Form ID: trc            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Stuart P. Winneg     on behalf of Creditor    OCWEN LOAN SERVICING, LLC swinneg@udren.com,
             cblack@udren.com
          Stuart P. Winneg     on behalf of Creditor    OneWest Bank, FSB swinneg@udren.com,   cblack@udren.com

                                                                                        TOTAL: 24