Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Donald P. Hoffmann** | : | Case No. 12−24659−TPA |
| **Jane M. Hoffmann** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 150 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 1/10/18 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this **27th day of October, 2017**, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 150 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before December 11, 2017**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on **January 10, 2018 at 12:00 PM** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

    (4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                            Case No. 12-24659-TPA
Donald P. Hoffmann                                                                Chapter 13
Jane M. Hoffmann
        Debtors                           CERTIFICATE OF NOTICE
District/off: 0315-2           User: vson                  Page 1 of 3                  Date Rcvd: Oct 27, 2017
                               Form ID: 300a               Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db/jdb         +Donald P. Hoffmann,    Jane M. Hoffmann,    1123 Seneca Dr,    Harmony, PA 16037-7605
aty             Joseph P. Schalk,    Phelan Hallinan & Schmieg, LLP,    1617 JKF Blvd. , Suite 1400,
                 Philadelphia, PA  19103
aty            +Katherine E. Knowlton,    Urden Law Offices, P.C.,    111 Woodcrest Road,
                 Cherry Hill, NJ 08003-3620
cr             +America's Servicing Co.,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,    Plainview, NY 11803-4224
cr             +JPMorgan Chase Bank, National Association,    700 Kansas Lane, Mail Code LA4-5555,
                 Monroe, LA 71203-4774
cr             +US Bank National Association, as Trustee by its at,    Stern & Eisenberg, PC,    410 The Pavilion,
                 261 Old York Road,    Jenkintown, PA 19046-3706
13482681       +America's Servicing Company,    Wells Fargo,    P.O. Box 10328,    Des Moines, IA 50306-0328
13482682        American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
13493362        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13482684       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    P.O. Box 982235,    El Paso, TX 79998-2235)
13482683        Bank of America,    Bankruptcy Dept.,    P.O. Box 15168,    Wilmington, DE 19850-5168
13548062        Bank of America, N.A.,    P.O. Box 660933,    Dallas, Texas 75266-0933
13482685       +Berkheimer Tax Adminstrator,    325-A N. Pottstown Pike,    Exton, PA 19341-2203
13482688        Butler Memorial Hospital,    Billing Department,    911 East Brady Street,    Butler, PA 16001
13482687       +Butler Memorial Hospital,    Attn: Billing,    One Hospital Way,    Butler, PA 16001-4697
13533847        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13482689       +Carl Hayes,    Ashry Louis,    Balen Rojas,    215 Rockaway Av,    Butler, PA 16001-6122
13482690       +Charles Davis,    343 E. Locust St.,    Butler, PA 16001-4856
13482693        Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
13482691        Chase,    P.O. Box 24696,    Columbus, OH 43224-0696
13470780       +City of Butler,    Attn: Paul E. Snyder,    140 West North St,    Butler, PA 16001-5298
13470781       +Dillon McCandless King Coulter & Graham,    128 W CUNNINGHAM STREET,    Butler, PA 16001-5742
13481281        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
14114641        Federal National Mortgage Association,    Creditor C/O Seterus, Inc.,
                 Po Box 1047 Hartford, Ct 06143-1047
13470783       +Hon. Wayne D. Seibel,    202 E Main St,    Evans City, PA 16033-1244
13549274       +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    CHASE RECORDS CENTER,
                 ATTENTION: CORRESPONDENCE MAIL,    MAIL CODE: LA4-5555,    700 KANSAS LANE,
                 MONROE, LA 71203-4774
13484076        JPMorgan Chase Bank, National Association,    c/o David W. Raphael, Esquire,
                 Grenen & Birsic, PC,    One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
13484075       +JPMorgan Chase Bank, National Association,    700 Kansas Lane, Mail Code LA4-5555,
                 Attn: Correspondence Mail,    Monroe, LA 71203-4774
13482701       +John Foster,    127 W. Brady St, Apt 2,    Butler, PA 16001-5273
13482702       +Karen Moore,    327 W. Cunningham St. Apt 1,    Butler, PA 16001-6917
13482705       +Kyle Baker,    Danielle Snyder,    341 E. Locust St.,    Butler, PA 16001-4856
13958659       +LSF8 MASTER PARTICIPATION TRUST C/O,    CALIBER HOME LOANS, INC,    13801 WIRELESS WAY,
                 OKLAHOMA CITY, OK 73134-2500
13551014        Main Street Acquisition Corp., assignee,    of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13787373       +OCWEN LOAN SERVICING, LLC,    1100 VIRGINIA DRIVE, SUITE 175,    FORT WASHINGTON, PA 19034-3278,
                 ATTN: BANKRUPTCY DEPARTMENT
13482707        Ocwen,    P.O. Box 24738,    West Palm Beach, FL 33416-4738
13949620       +Ocwen Loan Servicing, LLC,    1100 Virginia Drive, suite 175,    Fort Washington, PA 19034,
                 Attn: Bankruptcy Department,    1 19034-3278
13500906        OneWest Bank, FSB,    PO Box 829009,    Dallas, TX 75382-9009
13482708       +Ruth Gibson,    210-1/2 McClain Ave,    Butler, PA 16001-6141
13482709       +Susan Berg,    327 W. Cunningham St. Apt 3,    Butler, PA 16001-6917
13553546       +U.S. Bank National Association, et al,    JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
                 OH4-7133,    Columbus, OH 43219-6009
13589684       +U.S. Bank National Association, et al.,    America's Servicing Company,
                 Attention: Bankruptcy Department,    Mac # D3347-014,    3476 Stateview Boulevard,
                 Fort Mill, SC 29715-7203
14421475       +U.S. Bank, National Association, as Tru,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13482710        Vericrest Financial,    P.O. Box 24610,    Oklahoma City, OK 73124-0610
13498660       +Vericrest Financial,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
13826661       +Veripro Solutions,Inc.,    PO BOX 3244,    Coppell, TX 75019-9244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 28 2017 01:41:58
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13663873       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Oct 28 2017 01:40:57     Caliber Home Loans Inc,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
13686307       +E-mail/Text: bncmail@w-legal.com Oct 28 2017 01:40:24     Cheswold (Ophrys), LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
```

```
District/off: 0315-2              User: vson                  Page 2 of 3                  Date Rcvd: Oct 27, 2017
                                  Form ID: 300a               Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13482696          E-mail/Text: mrdiscen@discover.com Oct 28 2017 01:39:40      Discover Card,   P.O. Box 30945,
                   Salt Lake City, UT 84130-0945
13482697          E-mail/Text: mrdiscen@discover.com Oct 28 2017 01:39:40      Discover Platinum Card,
                   P.O. Box 15316,   Wilmington, DE 19850-5316
13478215          E-mail/Text: mrdiscen@discover.com Oct 28 2017 01:39:40      Discover Bank,
                   DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
13512966          E-mail/Text: bknotice@crgofusa.com Oct 28 2017 01:40:39
                   InSolve Recovery, LLC, c/o Capital Recovery Group,,   Dept 3203,   PO BOX 123203,
                   DALLAS, TX 75312-3203
13482700          E-mail/Text: EBN_Notifications@OWB.com Oct 28 2017 01:40:01      Indymac Mortgage Services,
                   P.O. Box 4045,   Kalamazoo, MI 49003-4045
13482703         +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 28 2017 01:39:47      Kohl's,   P.O. Box 2983,
                   Milwaukee, WI 53201-2983
13482704          E-mail/Text: bnckohlsnotices@becket-lee.com Oct 28 2017 01:39:47      Kohls,   P.O. Box 3043,
                   Milwaukee, WI 53201-3043
13849171          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 28 2017 01:42:24
                   Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13559949          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 28 2017 01:54:59
                   Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
13492246         +Fax: 407-737-5634 Oct 28 2017 02:46:43      U.S. Bank National Association,
                   c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,   1661 Worthington Rd, Suite 100,
                   West Palm Beach, FL 33409-6493
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Bank of America, N.A.
cr               JPMorgan Chase Bank, N.A.
cr               Lsf8 Master Participation Trust
cr               OCWEN LOAN SERVICING, LLC
cr               Ocwen Loan Servicing, LLC
cr               OneWest Bank, FSB
cr               The Bank of New York Mellon, as Trustee for CIT Mo
cr               The Bank of New York Mellon, as Trustee for CIT Mo
cr               The Bank of New York Mellon, as Trustee for CIT Mo
cr               U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE
cr               Veripro Solutions,Inc.
cr*             +Cheswold (Ophrys), LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                   Seattle, WA 98121-3132
13482692*       +Chase,   P.O. Box 24696,   Columbus, OH 43224-0696
13482694*       +City of Butler,   Attn: Paul E. Snyder,   140 West North St,   Butler, PA 16001-5298
13482695*       +Dillon McCandless King Coulter & Graham,   128 W CUNNINGHAM STREET,   Butler, PA 16001-5742
13482698*       +FIA Card Services,    c/o Edwin A. Abrahamsen & Assoc,   120 N. Keyser Ave,
                   Scranton, PA 18504-9701
13482699*       +Hon. Wayne D. Seibel,   202 E Main St,   Evans City, PA 16033-1244
13639216*       +Vericrest Financial,   13801 Wireless Way,   Oklahoma City, OK 73134-2500
cr             ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
13482686       ##+Bruce Budway,   127 W. Brady St. Apt 1,   Butler, PA 16001-5273
13470782       ##+FIA Card Services,   c/o Edwin A. Abrahamsen & Assoc,   120 N. Keyser Ave,
                   Scranton, PA 18504-9701
13482706       ##+Lori Climo,   215 McClain Ave,   Butler, PA 16001-6142
                                                                                        TOTALS: 11, * 7, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                            Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: vson                  Page 3 of 3               Date Rcvd: Oct 27, 2017
                              Form ID: 300a               Total Noticed: 59
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 ecfmail@mwc-law.com
              Alexandra Teresa Garcia    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage
               Loan Trust 2007-1 ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              Dai  Rosenblum    on behalf of Joint Debtor Jane M. Hoffmann dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              Dai  Rosenblum    on behalf of Debtor Donald P. Hoffmann dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              David  Neeren    on behalf of Creditor    Federal National Mortgage Association dneeren@udren.com,
               vbarber@udren.com
              David W. Raphael    on behalf of Creditor    JPMorgan Chase Bank, National Association
               draphael@grenenbirsic.com,    mcupec@grenenbirsic.com
              James A. Prostko    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 pawb@fedphe.com,    james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT
               SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRUST 2004-7, HOME EQUITY
               PASS-THROUGH CERTIFICATES, SERIES 2004-7 pawb@fedphe.com,    james.prostko@phelanhallinan.com
              Joseph A. Dessoye    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC jschalk@barley.com,
               sromig@barley.com
              Joseph P. Schalk    on behalf of Creditor    JPMorgan Chase Bank, National Association
               jschalk@barley.com,    sromig@barley.com
              Joseph P. Schalk    on behalf of Creditor    OCWEN LOAN SERVICING, LLC jschalk@barley.com,
               sromig@barley.com
              Kevin P. Diskin    on behalf of Creditor    US Bank National Association, as Trustee by its
               attorney in fact Ocwen Loan Servicing, LLC kpdiskin@duanemorris.com,    mbilotta@duanemorris.com
              Leslie J. Rase, Esq.    on behalf of Creditor    US Bank National Association, as Trustee by its
               attorney in fact Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Cressman    on behalf of Creditor    Lsf8 Master Participation Trust pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC pa.bkecf@fedphe.com,
               sherri.braunstein@phelanhallinan.com
              Stuart P. Winneg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC swinneg@udren.com,
               cblack@udren.com
              Stuart P. Winneg    on behalf of Creditor    OneWest Bank, FSB swinneg@udren.com,    cblack@udren.com
                                                                                             TOTAL: 24
```