**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DONALD P HOFFMANN
JANE M HOFFMANN
      Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
      Movant
    vs.
No Repondents.

Case No.:12-24659 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2017

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/18/2012 and confirmed on 11/29/12 . The case was subsequently        Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 88,123.80 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 88,123.80 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,700.00 | |
|    Trustee Fee | 3,287.20 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,987.20 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7331 | | | | |
|   BANK OF AMERICA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7235 | | | | |
|   US BANK NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6646 | | | | |
|   LSF8 MASTER PARTICIPATION TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2150 | | | | |
|   JPMORGAN CHASE BANK | 0.00 | 43,993.20 | 0.00 | 43,993.20 |
|     Acct: 4719 | | | | |
|   FEDERAL NATIONAL MORTGAGE ASSN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6898 | | | | |
|   VERIPRO SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1682 | | | | |
|   BANK OF NEW YORK MELLON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7638 | | | | |
|   BANK OF NEW YORK MELLON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8453 | | | | |
|   BANK OF NEW YORK MELLON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0186 | | | | |
| | | | | 43,993.20 |
| **Priority** | | | | |
|   DAI ROSENBLUM ESQ | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DONALD P HOFFMANN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BUTLER CITY (MERCANTILE TAX) | 465.92 | 465.92 | 0.00 | 465.92 |
|     Acct: XXXXX5:11 | | | | |
|   VERIPRO SOLUTIONS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1682 | | | | |
|   LSF8 MASTER PARTICIPATION TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2150 | | | | |
| | | | | 465.92 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| AMERICAN EXPRESS BANK FSB<br>Acct: 1007 | 4,688.94 | 3,216.77 | 0.00 | 3,216.77 |
| CHESWOLD (OPHRYS) LLC<br>Acct: 2457 | 5,007.09 | 3,435.02 | 0.00 | 3,435.02 |
| BUTLER MEMORIAL HOSPITAL<br>Acct: XXXX6302 | 0.00 | 0.00 | 0.00 | 0.00 |
| BUTLER MEMORIAL HOSPITAL<br>Acct: XXXX0179 | 0.00 | 0.00 | 0.00 | 0.00 |
| MAIN STREET ACQUISITIONS CORP<br>Acct: 5530 | 15,073.81 | 10,341.13 | 0.00 | 10,341.13 |
| CITY OF BUTLER<br>Acct: XX1375 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)<br>Acct: 2340 | 13,904.37 | 9,538.85 | 0.00 | 9,538.85 |
| PRA RECEIVABLES MANAGEMENT LLC -<br>Acct: 9179 | 11,591.64 | 7,952.25 | 0.00 | 7,952.25 |
| CAPITAL ONE NA**<br>Acct: 7014 | 1,235.68 | 847.72 | 0.00 | 847.72 |
| INSOLVE RECOVERY LLC<br>Acct: 0811 | 3,419.28 | 2,345.74 | 0.00 | 2,345.74 |
| STEVEN K EISENBERG ESQ*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ANDREW F GORNALL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KYLE BAKER AND DANIELLE SNYDER<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SCOTT A DIETTERICK ESQ**++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 37,677.48 |

TOTAL PAID TO CREDITORS                                                                                  82,136.60

TOTAL
CLAIMED           465.92
PRIORITY            0.00
SECURED        54,920.81

Date: 10/25/2017                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DONALD P HOFFMANN
    JANE M HOFFMANN
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:12-24659 TPA

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                              BY THE COURT:

                                              _____
                                              U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-24659-TPA
Donald P. Hoffmann                                                      Chapter 13
Jane M. Hoffmann
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: vson              Page 1 of 3           Date Rcvd: Oct 27, 2017
                             Form ID: pdf900         Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
```
db/jdb     +Donald P. Hoffmann,   Jane M. Hoffmann,   1123 Seneca Dr,   Harmony, PA 16037-7605
aty         Joseph P. Schalk,   Phelan Hallinan & Schmieg, LLP,   1617 JKF Blvd. , Suite 1400,
             Philadelphia, PA  19103
aty        +Katherine E. Knowlton,   Urden Law Offices, P.C.,   111 Woodcrest Road,
             Cherry Hill, NJ 08003-3620
cr         +America's Servicing Co.,   MAC X7801-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
cr         +Federal National Mortgage Association,   c/o Rosicki, Rosicki & Associates, P.C.,
             51 East Bethpage Road,   Plainview, NY 11803-4224
cr         +JPMorgan Chase Bank, National Association,   700 Kansas Lane, Mail Code LA4-5555,
             Monroe, LA 71203-4774
cr         +US Bank National Association, as Trustee by its at,   Stern & Eisenberg, PC,   410 The Pavilion,
             261 Old York Road,   Jenkintown, PA 19046-3706
13482681   +America's Servicing Company,   Wells Fargo,   P.O. Box 10328,   Des Moines, IA 50306-0328
13482682    American Express,   P.O. Box 981535,   El Paso, TX 79998-1535
13493362    American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13482684   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   P.O. Box 982235,   El Paso, TX 79998-2235)
13482683    Bank of America,   Bankruptcy Dept.,   P.O. Box 15168,   Wilmington, DE 19850-5168
13548062    Bank of America, N.A.,   P.O. Box 660933,   Dallas, Texas 75266-0933
13482685   +Berkheimer Tax Adminstrator,   325-A N. Pottstown Pike,   Exton, PA 19341-2203
13482688    Butler Memorial Hospital,   Billing Department,   911 East Brady Street,   Butler, PA 16001
13482687   +Butler Memorial Hospital,   Attn: Billing,   One Hospital Way,   Butler, PA 16001-4697
13533847    Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13482689   +Carl Hayes,   Ashry Louis,   Balen Rojas,   215 Rockaway Av,   Butler, PA 16001-6122
13482690   +Charles Davis,   343 E. Locust St.,   Butler, PA 16001-4856
13482693    Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
13482691    Chase,   P.O. Box 24696,   Columbus, OH 43224-0696
13470780   +City of Butler,   Attn: Paul E. Snyder,   140 West North St,   Butler, PA 16001-5298
13470781   +Dillon McCandless King Coulter & Graham,   128 W CUNNINGHAM STREET,   Butler, PA 16001-5742
13481281    FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
14114641    Federal National Mortgage Association,   Creditor C/O Seterus, Inc.,
             Po Box 1047 Hartford, Ct 06143-1047
13470783   +Hon. Wayne D. Seibel,   202 E Main St,   Evans City, PA 16033-1244
13549274   +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,   CHASE RECORDS CENTER,
             ATTENTION: CORRESPONDENCE MAIL,   MAIL CODE: LA4-5555,   700 KANSAS LANE,
             MONROE, LA 71203-4774
13484076    JPMorgan Chase Bank, National Association,   c/o David W. Raphael, Esquire,
             Grenen & Birsic, PC,   One Gateway Center, 9th Floor,   Pittsburgh, PA  15222
13484075   +JPMorgan Chase Bank, National Association,   700 Kansas Lane, Mail Code LA4-5555,
             Attn: Correspondence Mail,   Monroe, LA 71203-4774
13482701   +John Foster,   127 W. Brady St, Apt 2,   Butler, PA 16001-5273
13482702   +Karen Moore,   327 W. Cunningham St. Apt 1,   Butler, PA 16001-6917
13482705   +Kyle Baker,   Danielle Snyder,   341 E. Locust St.,   Butler, PA 16001-4856
13958659   +LSF8 MASTER PARTICIPATION TRUST C/O,   CALIBER HOME LOANS, INC,   13801 WIRELESS WAY,
             OKLAHOMA CITY, OK 73134-2500
13551014    Main Street Acquisition Corp., assignee,   of CHASE BANK USA, N. A.,   c o Becket and Lee LLP,
             POB 3001,   Malvern, PA 19355-0701
13787373   +OCWEN LOAN SERVICING, LLC,   1100 VIRGINIA DRIVE, SUITE 175,   FORT WASHINGTON, PA 19034-3278,
             ATTN: BANKRUPTCY DEPARTMENT
13482707    Ocwen,   P.O. Box 24738,   West Palm Beach, FL 33416-4738
13949620   +Ocwen Loan Servicing, LLC,   1100 Virginia Drive, suite 175,   Fort Washington, PA 19034,
             Attn: Bankruptcy Department,   l 19034-3278
13500906    OneWest Bank, FSB,   PO Box 829009,   Dallas, TX 75382-9009
13482708   +Ruth Gibson,   210-1/2 McClain Ave,   Butler, PA 16001-6141
13482709   +Susan Berg,   327 W. Cunningham St. Apt 3,   Butler, PA 16001-6917
13553546   +U.S. Bank National Association, et al,   JPMorgan Chase Bank, N.A.,   3415 Vision Drive,
             OH4-7133,   Columbus, OH 43219-6009
13589684   +U.S. Bank National Association, et al.,   America's Servicing Company,
             Attention: Bankruptcy Department,   Mac # D3347-014,   3476 Stateview Boulevard,
             Fort Mill, SC 29715-7203
14421475   +U.S. Bank, National Association, as Tru,   Serviced by Select Portfolio Servicing,,
             3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284
13482710    Vericrest Financial,   P.O. Box 24610,   Oklahoma City, OK 73124-0610
13498660   +Vericrest Financial,   13801 Wireless Way,   Oklahoma City, OK 73134-2500
13826661   +Veripro Solutions,Inc.,   PO BOX 3244,   Coppell, TX 75019-9244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 28 2017 01:55:33
             PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
13663873   +E-mail/Text: ECMBKMail@Caliberhomeloans.com Oct 28 2017 01:40:57     Caliber Home Loans Inc,
             13801 Wireless Way,   Oklahoma City, OK 73134-2500
13686307   +E-mail/Text: bncmail@w-legal.com Oct 28 2017 01:40:24     Cheswold (Ophrys), LLC,
             c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
```

```
District/off: 0315-2              User: vson                Page 2 of 3                  Date Rcvd: Oct 27, 2017
                                  Form ID: pdf900           Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13482696       E-mail/Text: mrdiscen@discover.com Oct 28 2017 01:39:40      Discover Card,   P.O. Box 30945,
                 Salt Lake City, UT 84130-0945
13482697       E-mail/Text: mrdiscen@discover.com Oct 28 2017 01:39:40      Discover Platinum Card,
                 P.O. Box 15316,   Wilmington, DE 19850-5316
13478215       E-mail/Text: mrdiscen@discover.com Oct 28 2017 01:39:40      Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
13512966       E-mail/Text: bknotice@crgofusa.com Oct 28 2017 01:40:39
                 InSolve Recovery, LLC, c/o Capital Recovery Group,,   Dept 3203,   PO BOX 123203,
                 DALLAS, TX 75312-3203
13482700       E-mail/Text: EBN_Notifications@OWB.com Oct 28 2017 01:40:01      Indymac Mortgage Services,
                 P.O. Box 4045,   Kalamazoo, MI 49003-4045
13482703      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 28 2017 01:39:45      Kohl's,   P.O. Box 2983,
                 Milwaukee, WI 53201-2983
13482704       E-mail/Text: bnckohlsnotices@becket-lee.com Oct 28 2017 01:39:45      Kohls,   P.O. Box 3043,
                 Milwaukee, WI 53201-3043
13849171       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 28 2017 01:41:58
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13559949       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 28 2017 01:41:57
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
13492246      +Fax: 407-737-5634 Oct 28 2017 02:46:43      U.S. Bank National Association,
                 c/o Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Department,   1661 Worthington Rd, Suite 100,
                 West Palm Beach, FL 33409-6493
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank of America, N.A.
cr             JPMorgan Chase Bank, N.A.
cr             Lsf8 Master Participation Trust
cr             OCWEN LOAN SERVICING, LLC
cr             Ocwen Loan Servicing, LLC
cr             OneWest Bank, FSB
cr             The Bank of New York Mellon, as Trustee for CIT Mo
cr             The Bank of New York Mellon, as Trustee for CIT Mo
cr             The Bank of New York Mellon, as Trustee for CIT Mo
cr             U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE
cr             Veripro Solutions,Inc.
cr*           +Cheswold (Ophrys), LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
13482692*     +Chase,   P.O. Box 24696,   Columbus, OH 43224-0696
13482694*     +City of Butler,   Attn: Paul E. Snyder,   140 West North St,   Butler, PA 16001-5298
13482695*     +Dillon McCandless King Coulter & Graham,   128 W CUNNINGHAM STREET,   Butler, PA 16001-5742
13482698*     +FIA Card Services,   c/o Edwin A. Abrahamsen & Assoc,   120 N. Keyser Ave,
                 Scranton, PA 18504-9701
13482699*     +Hon. Wayne D. Seibel,   202 E Main St,   Evans City, PA 16033-1244
13639216*     +Vericrest Financial,   13801 Wireless Way,   Oklahoma City, OK 73134-2500
cr           ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
13482686     ##+Bruce Budway,   127 W. Brady St. Apt 1,   Butler, PA 16001-5273
13470782     ##+FIA Card Services,   c/o Edwin A. Abrahamsen & Assoc,   120 N. Keyser Ave,
                 Scranton, PA 18504-9701
13482706     ##+Lori Climo,   215 McClain Ave,   Butler, PA 16001-6142
                                                                                      TOTALS: 11, * 7, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: vson                  Page 3 of 3                  Date Rcvd: Oct 27, 2017
                              Form ID: pdf900             Total Noticed: 59
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 ecfmail@mwc-law.com
              Alexandra Teresa Garcia    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage
               Loan Trust 2007-1 ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              Dai  Rosenblum    on behalf of Debtor Donald P Hoffmann dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              Dai  Rosenblum    on behalf of Joint Debtor Jane M Hoffmann dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              David  Neeren    on behalf of Creditor    Federal National Mortgage Association dneeren@udren.com,
               vbarber@udren.com
              David W. Raphael    on behalf of Creditor    JPMorgan Chase Bank, National Association
               draphael@grenenbirsic.com,   mcupec@grenenbirsic.com
              James A. Prostko    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 pawb@fedphe.com,   james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT
               SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRUST 2004-7, HOME EQUITY
               PASS-THROUGH CERTIFICATES, SERIES 2004-7 pawb@fedphe.com,   james.prostko@phelanhallinan.com
              Joseph A. Dessoye    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor    JPMorgan Chase Bank, N.A. pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    JPMorgan Chase Bank, National Association
               jschalk@barley.com,   sromig@barley.com
              Joseph P. Schalk    on behalf of Creditor    OCWEN LOAN SERVICING, LLC jschalk@barley.com,
               sromig@barley.com
              Joseph P. Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC jschalk@barley.com,
               sromig@barley.com
              Kevin P. Diskin    on behalf of Creditor    US Bank National Association, as Trustee by its
               attorney in fact Ocwen Loan Servicing, LLC kpdiskin@duanemorris.com,   mbilotta@duanemorris.com
              Leslie J. Rase, Esq.    on behalf of Creditor    US Bank National Association, as Trustee by its
               attorney in fact Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Cressman    on behalf of Creditor    Lsf8 Master Participation Trust pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC pa.bkecf@fedphe.com,
               sherri.braunstein@phelanhallinan.com
              Stuart P. Winneg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC swinneg@udren.com,
               cblack@udren.com
              Stuart P. Winneg    on behalf of Creditor    OneWest Bank, FSB swinneg@udren.com,   cblack@udren.com
                                                                                             TOTAL: 24
```