**UNITED STATES BANKRUPTCY COURT**
**Western District of Pennsylvania**

| | |
|---|---|
| In re: ) | |
| ) | |
| DONALD P. HOFFMAN, AND ) | Case No: 12-24659-TPA |
| JANE M. HOFFMAN, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | Document No.: 157 |
| DONALD P. HOFFMAN, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| NO RESPONDENT. ) | |
| ) | |
| RONDA J. WINNECOUR, Trustee. ) | |

**CHAPTER 13 DEBTOR'S CERTIFICATION**
**REGARDING DISCHARGE ELIGIBILITY**

To the Court:

    1. The Debtor has made all payments required by the Chapter 13 Plan.

    2. The Debtor is not required to pay any Domestic Support Obligations.

    3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

    4. On October 18, 2012, at docket number 21, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

November 8, 2017　　　　　　　　　　　　/s/ Dai Rosenblum, Esq.
　　　　　　　　　　　　　　　　　　　　Dai Rosenblum, Attorney for the Debtor
　　　　　　　　　　　　　　　　　　　　254 New Castle Road, Suite B
　　　　　　　　　　　　　　　　　　　　Butler, PA  16001-2529
　　　　　　　　　　　　　　　　　　　　(724) 283-2900 PA ID No. 31802
　　　　　　　　　　　　　　　　　　　　dailaw@earthlink.net