**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Donald P. Hoffmann** | Social Security number or ITIN    **xxx–xx–6056** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jane M. Hoffmann** | Social Security number or ITIN    **xxx–xx–9486** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:    **12–24659–TPA**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Donald P. Hoffmann          Jane M. Hoffmann

12/27/17          **By the court:**    Thomas P. Agresti
                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 12-24659-TPA
Donald P. Hoffmann                                                            Chapter 13
Jane M. Hoffmann
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 3            Date Rcvd: Dec 27, 2017
                              Form ID: 3180W          Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2017.
```
db/jdb         +Donald P. Hoffmann,    Jane M. Hoffmann,    1123 Seneca Dr,    Harmony, PA 16037-7605
aty             Joseph P. Schalk,    Phelan Hallinan & Schmieg, LLP,    1617 JKF Blvd. , Suite 1400,
                 Philadelphia, PA   19103
aty            +Katherine E. Knowlton,    Urden Law Offices, P.C.,    111 Woodcrest Road,
                 Cherry Hill, NJ 08003-3620
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,    Plainview, NY 11803-4224
cr             +JPMorgan Chase Bank, National Association,    700 Kansas Lane, Mail Code LA4-5555,
                 Monroe, LA 71203-4774
cr             +US Bank National Association, as Trustee by its at,    Stern & Eisenberg, PC,    410 The Pavilion,
                 261 Old York Road,    Jenkintown, PA 19046-3706
13548062        Bank of America, N.A.,    P.O. Box 660933,    Dallas, Texas 75266-0933
13482685       +Berkheimer Tax Adminstrator,    325-A N. Pottstown Pike,    Exton, PA 19341-2203
13482688        Butler Memorial Hospital,    Billing Department,    911 East Brady Street,    Butler, PA 16001
13482687       +Butler Memorial Hospital,    Attn: Billing,    One Hospital Way,    Butler, PA 16001-4697
13482689       +Carl Hayes,    Ashry Louis,    Balen Rojas,    215 Rockaway Av,    Butler, PA 16001-6122
13482690       +Charles Davis,    343 E. Locust St.,    Butler, PA 16001-4856
13482691        Chase,    P.O. Box 24696,    Columbus, OH 43224-0696
13470780       +City of Butler,    Attn: Paul E. Snyder,    140 West North St,    Butler, PA 16001-5298
13470781       +Dillon McCandless King Coulter & Graham,    128 W CUNNINGHAM STREET,    Butler, PA 16001-5742
13481281        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
14114641        Federal National Mortgage Association,    Creditor C/O Seterus, Inc.,
                 Po Box 1047 Hartford, Ct 06143-1047
13470783       +Hon. Wayne D. Seibel,    202 E Main St,    Evans City, PA 16033-1244
13549274       +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    CHASE RECORDS CENTER,
                 ATTENTION: CORRESPONDENCE MAIL,    MAIL CODE: LA4-5555,    700 KANSAS LANE,
                 MONROE, LA 71203-4774
13484076        JPMorgan Chase Bank, National Association,    c/o David W. Raphael, Esquire,
                 Grenen & Birsic, PC,    One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
13484075       +JPMorgan Chase Bank, National Association,    700 Kansas Lane, Mail Code LA4-5555,
                 Attn:  Correspondence Mail,    Monroe, LA 71203-4774
13482701       +John Foster,    127 W. Brady St, Apt 2,    Butler, PA 16001-5273
13482702       +Karen Moore,    327 W. Cunningham St. Apt 1,    Butler, PA 16001-6917
13482705       +Kyle Baker,    Danielle Snyder,    341 E. Locust St.,    Butler, PA 16001-4856
13958659       +LSF8 MASTER PARTICIPATION TRUST C/O,    CALIBER HOME LOANS, INC,    13801 WIRELESS WAY,
                 OKLAHOMA CITY, OK 73134-2500
13787373       +OCWEN LOAN SERVICING, LLC,    1100 VIRGINIA DRIVE, SUITE 175,    FORT WASHINGTON, PA 19034-3278,
                 ATTN: BANKRUPTCY DEPARTMENT
13482707        Ocwen,    P.O. Box 24738,    West Palm Beach, FL 33416-4738
13949620       +Ocwen Loan Servicing, LLC,    1100 Virginia Drive, suite 175,    Fort Washington, PA 19034,
                 Attn: Bankruptcy Department,    1 19034-3278
13500906        OneWest Bank, FSB,    PO Box 829009,    Dallas, TX 75382-9009
13482708       +Ruth Gibson,    210-1/2 McClain Ave,    Butler, PA 16001-6141
13482709       +Susan Berg,    327 W. Cunningham St. Apt 3,    Butler, PA 16001-6917
13553546       +U.S. Bank National Association, et al,    JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
                 OH4-7133,    Columbus, OH 43219-6009
13589684       +U.S. Bank National Association, et al.,    America's Servicing Company,
                 Attention: Bankruptcy Department,    Mac # D3347-014,    3476 Stateview Boulevard,
                 Fort Mill, SC 29715-7203
14421475        U.S. Bank, National Association, as Tru,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13482710        Vericrest Financial,    P.O. Box 24610,    Oklahoma City, OK 73124-0610
13498660       +Vericrest Financial,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
13826661       +Veripro Solutions,Inc.,    PO BOX 3244,    Coppell, TX 75019-9244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 28 2017 01:27:13      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: WFFC.COM Dec 28 2017 01:08:00      America's Servicing Co.,    MAC X7801-014,
                 3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
cr             +EDI: PRA.COM Dec 28 2017 01:08:00      PRA Receivables Management, LLC,    PO Box 41067,
                 Norfolk, VA 23541-1067
13482681       +EDI: WFFC.COM Dec 28 2017 01:08:00      America's Servicing Company,    Wells Fargo,
                 P.O. Box 10328,    Des Moines, IA 50306-0328
13482682        EDI: AMEREXPR.COM Dec 28 2017 01:08:00      American Express,    P.O. Box 981535,
                 El Paso, TX 79998-1535
13482682        E-mail/Text: bnctest@becket-lee.com Dec 28 2017 01:26:39      American Express,
                 P.O. Box 981535,    El Paso, TX 79998-1535
13493362        EDI: BECKLEE.COM Dec 28 2017 01:08:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13493362        E-mail/Text: bnctest@becket-lee.com Dec 28 2017 01:26:16      American Express Bank, FSB,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
```

```
District/off: 0315-2           User: amaz                  Page 2 of 3                   Date Rcvd: Dec 27, 2017
                               Form ID: 3180W              Total Noticed: 60


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13482684       EDI: BANKAMER.COM Dec 28 2017 01:08:00      Bank of America,   P.O. Box 982235,
                El Paso, TX 79998-2235
13482683       EDI: BANKAMER2.COM Dec 28 2017 01:08:00      Bank of America,   Bankruptcy Dept.,
                P.O. Box 15168,   Wilmington, DE 19850-5168
13663873      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Dec 28 2017 01:29:20     Caliber Home Loans Inc,
                13801 Wireless Way,   Oklahoma City, OK 73134-2500
13533847       EDI: BL-BECKET.COM Dec 28 2017 01:08:00      Capital One, N.A.,   c o Becket and Lee LLP,
                POB 3001,   Malvern, PA 19355-0701
13482693       EDI: CHASE.COM Dec 28 2017 01:08:00      Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
13686307      +E-mail/Text: bncmail@w-legal.com Dec 28 2017 01:28:10     Cheswold (Ophrys), LLC,
                c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
13482696       EDI: DISCOVER.COM Dec 28 2017 01:08:00      Discover Card,   P.O. Box 30945,
                Salt Lake City, UT 84130-0945
13482697       EDI: DISCOVER.COM Dec 28 2017 01:08:00      Discover Platinum Card,   P.O. Box 15316,
                Wilmington, DE 19850-5316
13478215       EDI: DISCOVER.COM Dec 28 2017 01:08:00      Discover Bank,   DB Servicing Corporation,
                PO Box 3025,   New Albany, OH  43054-3025
13512966       E-mail/Text: bknotice@crgofusa.com Dec 28 2017 01:28:32
                InSolve Recovery, LLC, c/o Capital Recovery Group,,   Dept 3203,   PO BOX 123203,
                DALLAS, TX 75312-3203
13482700       E-mail/Text: EBN_Notifications@OWB.com Dec 28 2017 01:27:11     Indymac Mortgage Services,
                P.O. Box 4045,   Kalamazoo, MI 49003-4045
13482703      +EDI: CBSKOHLS.COM Dec 28 2017 01:08:00      Kohl's,   P.O. Box 2983,   Milwaukee, WI 53201-2983
13482704       EDI: CBSKOHLS.COM Dec 28 2017 01:08:00      Kohls,   P.O. Box 3043,   Milwaukee, WI 53201-3043
13551014       EDI: BL-CREDIGY.COM Dec 28 2017 01:08:00      Main Street Acquisition Corp., assignee,
                of CHASE BANK USA, N. A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13849171       EDI: PRA.COM Dec 28 2017 01:08:00      Portfolio Recovery Associates, LLC,   POB 12914,
                Norfolk VA 23541
13559949       EDI: PRA.COM Dec 28 2017 01:08:00      Portfolio Recovery Associates, LLC,   POB 41067,
                Norfolk, VA 23541
13492246      +Fax: 407-737-5634 Dec 28 2017 02:50:47     U.S. Bank National Association,
                c/o Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Department,   1661 Worthington Rd, Suite 100,
                West Palm Beach, FL 33409-6493
                                                                                              TOTAL: 25

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bank of America, N.A.
cr             JPMorgan Chase Bank, N.A.
cr             Lsf8 Master Participation Trust
cr             OCWEN LOAN SERVICING, LLC
cr             Ocwen Loan Servicing, LLC
cr             OneWest Bank, FSB
cr             The Bank of New York Mellon, as Trustee for CIT Mo
cr             The Bank of New York Mellon, as Trustee for CIT Mo
cr             The Bank of New York Mellon, as Trustee for CIT Mo
cr             U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CRE
cr             Veripro Solutions,Inc.
cr*           +Cheswold (Ophrys), LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                Seattle, WA 98121-3132
13482692*     +Chase,   P.O. Box 24696,   Columbus, OH 43224-0696
13482694*     +City of Butler,   Attn: Paul E. Snyder,   140 West North St,   Butler, PA 16001-5298
13482695*     +Dillon McCandless King Coulter & Graham,   128 W CUNNINGHAM STREET,   Butler, PA 16001-5742
13482698*     +FIA Card Services,   c/o Edwin A. Abrahamsen & Assoc,   120 N. Keyser Ave,
                Scranton, PA 18504-9701
13482699*     +Hon. Wayne D. Seibel,   202 E Main St,   Evans City, PA 16033-1244
13639216*     +Vericrest Financial,   13801 Wireless Way,   Oklahoma City, OK 73134-2500
cr            ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
13482686      ##+Bruce Budway,   127 W. Brady St. Apt 1,   Butler, PA 16001-5273
13470782      ##+FIA Card Services,   c/o Edwin A. Abrahamsen & Assoc,   120 N. Keyser Ave,
                Scranton, PA 18504-9701
13482706      ##+Lori Climo,   215 McClain Ave,   Butler, PA 16001-6142
                                                                                              TOTALS: 11, * 7, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2              User: amaz                   Page 3 of 3                  Date Rcvd: Dec 27, 2017
                                  Form ID: 3180W               Total Noticed: 60
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor   The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 ecfmail@mwc-law.com
              Alexandra Teresa Garcia    on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor   The Bank of New York Mellon, as Trustee for CIT Mortgage
               Loan Trust 2007-1 ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com
              Dai  Rosenblum    on behalf of Joint Debtor Jane M. Hoffmann dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              Dai  Rosenblum    on behalf of Debtor Donald P. Hoffmann dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              David  Neeren    on behalf of Creditor    Federal National Mortgage Association dneeren@udren.com,
               vbarber@udren.com
              David W. Raphael    on behalf of Creditor    JPMorgan Chase Bank, National Association
               draphael@grenenbirsic.com,  mcupec@grenenbirsic.com
              James A. Prostko    on behalf of Creditor   The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 pawb@fedphe.com,  james.prostko@phelanhallinan.com
              James A. Prostko    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT
                SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY ASSET TRUST 2004-7, HOME EQUITY
                PASS-THROUGH CERTIFICATES, SERIES 2004-7 pawb@fedphe.com,  james.prostko@phelanhallinan.com
              Jerome B. Blank    on behalf of Creditor   JPMorgan Chase Bank, N.A. pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor   The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor   JPMorgan Chase Bank, N.A. pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    Ocwen Loan Servicing, LLC jschalk@barley.com,
               sromig@barley.com
              Joseph P. Schalk    on behalf of Creditor    JPMorgan Chase Bank, National Association
               jschalk@barley.com,  sromig@barley.com
              Joseph P. Schalk    on behalf of Creditor    OCWEN LOAN SERVICING, LLC jschalk@barley.com,
               sromig@barley.com
              Kevin P. Diskin    on behalf of Creditor    US Bank National Association, as Trustee by its
               attorney in fact Ocwen Loan Servicing, LLC kpdiskin@duanemorris.com,  mbilotta@duanemorris.com
              Leslie J. Rase, Esq.    on behalf of Creditor    US Bank National Association, as Trustee by its
               attorney in fact Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Cressman    on behalf of Creditor    Lsf8 Master Participation Trust pawb@fedphe.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Sherri J. Braunstein    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com,
               sherri.braunstein@phelanhallinan.com
              Stuart P. Winneg    on behalf of Creditor    OneWest Bank, FSB swinneg@udren.com,  cblack@udren.com
              Stuart P. Winneg    on behalf of Creditor    OCWEN LOAN SERVICING, LLC swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 25
```